**DAVID Z. CHESNOFF, ESQ.**
Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
**Attorneys for Defendant**
**James Catledge**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES CATLEDGE, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 3:12-CR-678-MMC |

## [PROPOSED] ORDER

This matter having come before the Court on the stipulation of the parties, and good cause appearing, the stipulation to continue the January 30, 2013, hearing is hereby GRANTED. This Court finds that a denial of this request would result in a miscarriage of justice because it would deprive the parties adequate time to review the evidence and prepare for trial. Further, this is a complex case because it involves complicated financial transactions conducted over a period of several years and voluminous discovery and time. **THEREFORE,**

**IT IS HEREBY ORDERED** that the hearing currently set for January 30, 2013, at the hour of 2:15 p.m. be VACATED and RESET to the __13th__ day of March, 2013, at the hour of __2:15__ p.m.

**IT IS FURTHER ORDERED** that the additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(ii)3161(h)(7)(B)(iv).

DATED this __14th__ day of January, 2013.

_____
The Honorable Maxine Chesney
Senior District Judge


Respectfully Submitted,

/s/ David Z. Chesnoff
David Z. Chesnoff, Esq.