DAVID Z. CHESNOFF, ESQ.
Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. #202182
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
**Attorneys for Defendant**
**James Catledge**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:12-CR-678-MMC |
| Plaintiff, | |
| v. | |
| JAMES CATLEDGE, | |
| Defendant. | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant James Catledge's personal appearance is waived for the Status Conference set for May 8, 2013.

**It is so Ordered.**

Dated this 6th day of May, 2013

The Honorable Maxine Chesney
Senior District Judge

Respectfully Submitted,

/s/ David Z. Chesnoff
David Z. Chesnoff, Esq.