BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7210
      FAX: (415) 436-7234
      Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-0678 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) | CONTINUE SENTENCING STATUS HEARING |
| | ) | |
| DEREK F.C. ELLIOTT, | ) | AND ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The parties are currently set for a hearing regarding status of sentencing on October 7, 2015 at 2:15PM before this honorable court. Trial has been set to begin in co-defendant Catledge's case on May 2, 2016, and Elliott is expected to be a witness at trial. Accordingly, the parties submit that it will be expedient to conduct sentencing in this matter sometime after Catledge's jury trial. For these reasons, with the approval of the Court, and for good cause shown, the parties stipulate and agree to continue

//

//

//

//

//

STIPULATION TO CONTINUE
CR 12-0678 MMC

Elliott's sentencing status hearing to August 31, 2016 at 2:15PM.

IT IS SO STIPULATED

DATED: October 6, 2015                          BRIAN J. STRETCH
                                                Acting United States Attorney


                                                _____/s_____
                                                ROBERT DAVID REES
                                                Assistant United States Attorney


DATED: October 6, 2015                          _____/s_____
                                                BRETT PARKINSON, ESQ.
                                                Counsel for defendant Derek Elliott

                          [PROPOSED] ORDER

      For the good cause stated above, IT IS HEREBY ORDERED that the sentencing status hearing

currently set for October 7, 2015 be vacated and continued to August 31, 2016 at 2:15PM.


DATED: August 7, 2015                           _____
                                                HON. MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CR 12-0678 MMC